UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61100-CIV-COHN/SELTZER

THE INSURANCE COMPANY OF THE
STATE OF PENNSYLVANIA,

    Petitioner,

vs.

MATTHEW LYONS, DWIGHT GRANT,
KARLA HOLMES, JULIO GABRIN,
JUSTIN ROWINSKY, et al,

    Respondents.
_____/

## FINAL JUDGMENT

THIS CAUSE came on before the Court upon a bench trial and the separately entered Findings of Fact and Conclusions of Law.  Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. A Declaratory Judgment is hereby entered on behalf of all Respondents, and against the Petitioner, The Insurance Company of the State of Pennsylvania, in that the automobile insurance policy issued by Petitioner to Matthew Lyons was in effect on May 19, 2007, the date of the accident in question;

2. Judgment is also entered on behalf of Respondent Matthew Lyons, and against Petitioner The Insurance Company of the State of Pennsylvania, on Lyons' counterclaim for breach of contact, in the amount of $15,207.86, plus interest thereon at the rate of 1.69% per annum from the date of this Final Judgment, for which let execution issue.

3. Any remaining pending motions are hereby **DENIED AS MOOT**;

4.  The Clerk is hereby directed to close this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 26th day of September, 2008.

_____
JAMES I. COHN
United States District Judge

copies to:

counsel of record