UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61100-CIV-COHN/SELTZER

THE INSURANCE COMPANY OF THE
STATE OF PENNSYLVANIA,

    Petitioner,

vs.

MATTHEW LYONS, DWIGHT GRANT,
KARLA HOLMES, JULIO GABRIN,
JUSTIN ROWINSKY, et al,

    Respondents.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**
**ORDER GRANTING DWIGHT GRANT'S MOTION TO TAX COSTS**

      THIS CAUSE is before the Court upon the Report and Recommendation of United States Magistrate Judge Barry S. Seltzer [DE 118] and Respondent Dwight Grant's Motion to Tax Costs [DE 111]. The Court has carefully considered the motion and is otherwise fully advised in the premises, including the lack of any timely objection to the Magistrate's Report.

    The Court agrees with the reasoning and analysis of the Magistrate Judge and adopts his Report in total. Pursuant to 28 U.S.C. § 1920, it is hereby **ORDERED AND ADJUDGED** as follows:

1.     The Report and Recommendation of United States Magistrate Judge Barry S. Seltzer [DE 118] is hereby **ADOPTED**;

2.     Respondent Dwight Grant's Motion to Tax Costs [DE 111] is hereby **GRANTED**;

3.      The Court will separately enter a judgment for costs of $664.95.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 12th day of December, 2008.

JAMES I. COHN
United States District Judge

copies to:

counsel of record on CM/ECF