UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61100-CIV-COHN/SELTZER

THE INSURANCE COMPANY OF THE
STATE OF PENNSYLVANIA,

    Petitioner,

vs.

MATTHEW LYONS, DWIGHT GRANT,
KARLA HOLMES, JULIO GABRIN,
JUSTIN ROWINSKY, et al,

    Respondents.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**
**ORDER DENYING MOTION TO TAX COSTS AND ATTORNEY'S FEES**

THIS CAUSE is before the Court upon the Report and Recommendation of United States Magistrate Judge Barry S. Seltzer [DE 121] and Respondent Matthew Lyons' Motion to Tax Costs and Attorney's Fees [DE 112]. The Court has carefully considered the motion and is otherwise fully advised in the premises, including the lack of any timely objection to the Magistrate's Report by the deadline of January 15, 2009.

The Court agrees with the reasoning and analysis of the Magistrate Judge and adopts his Report. Respondent Matthew Lyons has failed to properly support his motion for attorney's fees and costs, despite being specifically asked to do so by the Magistrate Judge [DE 115].

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation of United States Magistrate Judge Barry S. Seltzer [DE 121] is hereby **ADOPTED**;

2. Respondent Matthew Lyons' Motion to Tax Costs and Attorney's Fees [DE 112]

is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 11th day of February, 2009.

*James I. Cohn*
JAMES I. COHN
United States District Judge

copies to:

counsel of record on CM/ECF